FILED
APRIL 25, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

07 C 2298

WAH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM RIVERA, Individually and as parent and guardian of Bill Rivera, a minor, | )<br>)<br>) |
| v. | )<br>) |
| GLORIA VALIENTE, M.D., and MERCY HOSPITAL and MEDICAL CENTER, | ) (Formerly Case No. 06-L-11877,<br>) Circuit Court of Cook County, Law<br>) Division)<br>) |
| Defendants. | ) |

### NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

To:  Clerk of the Court                         Jeffrey M. Goldberg
     Circuit Court of Cook County               John J. Corbett
     Richard J. Daley Center, Room 801          Law Offices of Jeffrey M. Goldberg
     50 West Washington Street                  John J Corbett & Associates
     Chicago, Illinois 60602                    20 North Clark Street
                                                Suite 3100
                                                Chicago, Illinois 60602

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1.  On November 13, 2006, plaintiffs William Rivera commenced the above civil action against Gloria Valiente, M.D., and Mercy Hospital, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Gloria Valiente, M.D.,

was a physician for Alivio Medical Center, a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

2.  This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Gloria Valiente, M.D., was acting within the scope of her employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

3.  This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4.  Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant Gloria Valiente, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Gloria Valiente, M.D.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/ Kurt N. Lindland
>     KURT N. LINDLAND
>     Assistant United States Attorney
>     219 South Dearborn Street
>     Chicago, Illinois 60604
>     (312) 353-4163