**FILED**
**APRIL 25, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

STATE OF COOK )
)SS
COUNTY OF ILLINOIS )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

WILLIAM RIVERA individually, and as parent and )
guardian of BILL RIVERA, a minor )
)
Plaintiffs, )
)
vs. ) Case No. 06 L 11877
)
GLORIA VALIENTE, M.D. and MERCY HOSPITAL and ) PLEASE SERVE:
MEDICAL CENTER )
) See attached service list
Defendants. )
)
)
)
)

**07 C 2298**

**WAH**

## 2nd ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within thirty (30) days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Jeffrey M. Goldberg
JEFFREY M. GOLDBERG
LAW OFFICES
20 North Clark Street
Suite 3100
Chicago, Illinois 60602
(312) 236-4146
Attorney No. 25399

WITNESS, **FEB 13 2007** _____, 20__

_____
Clerk of the Court

Date of service: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**


GOVERNMENT EXHIBIT A

STATE OF ILLINOIS)
)
COUNTY OF COOK)

Attorney Code: 10930

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - LAW DIVISION

WILLIAM RIVERA individually, )
And as parent and guardian of )
Bill Rivera, a minor, )
)
    Plaintiffs, )
)
v. ) No.
)
GLORIA VALIENTE M.D. and )
MERCY HOSPITAL and MEDICAL )
CENTER, )
)
    Defendants. )

### COMPLAINT AT LAW
### COUNT I DR. VALIENTE, M.D.

NOW COME the Plaintiff, WILLIAM RIVERA, individually, and as parent and guardian of Bill Rivera, a minor, by and through his attorneys, John J. Corbett & Associates, and complaining against the Defendants, states as follows:

1. At all times hereinafter mentioned, Defendant, Gloria Valiente, M.D., was and still is a physician licensed to practice medicine in Cook County, Illinois, that he was and still is practicing as such a physician in Cook County, Illinois, and that she held herself and represented herself to be a competent and skilled physician.

2. That Defendant, Gloria Valiente, M.D. further represented and held herself out as a specialist in pediatrics.

3. That on November 12, 1998, Plaintiff, Susy Rivera consulted and employed the Defendant for compensation paid and to be paid thereto, to provide pediatric care and treatment to Bill Rivera immediately after his birth.

4. The Defendant, accepted such employment, and pursuant thereto, undertook

Mar 08 2007 4:25PM Hivio Medical Center (773) 650-1239 p.5
Case: 1:07-cv-02298 Document #: 1-2 Filed: 04/25/07 Page 3 of 6 PageID #:3

02/28/2007 04:32 7086817655 DR CINTRON PAGE 05/07

and entered upon the treatment of the Plaintiff, Bill Rivera.

5. That such treatment of the Plaintiff included all diagnostic and medical care of the Plaintiff, Bill Rivera.

6. That the Defendant, Gloria Valiente, M.D., was then and there charged with the duty to exercise due care and skill according to the common and good practice of competent and skilled physician, but in violation of said duty, Defendant, Gloria Valiente, M.D., was then and there guilty of one or more of the following negligent acts or omissions:

   a. Failed to properly monitor and treat the Plaintiff, Bill Rivera for neurological injury;
   b. Was otherwise careless and negligent.

7. As a direct and proximate result of the aforesaid negligent and unskillful acts and omissions by the Defendant, the Plaintiff, Bill Rivera, a minor, has incurred and will in the future incur damages of a personal, permanent and pecuniary nature.

WHEREFORE the Plaintiffs, WILLIAM RIVERA, and SUSY RIVERA, as parents and guardians of BILL RIVERA, a minor, by and through their attorneys, John J. Corbett & Associates, demand judgment against the Defendant GLORIA VALIENTE, M.D. in excess of the minimal jurisdictional amount of the Law Division, together with costs in bringing this action.

## COUNT II AGENCY MERCY HOSPITAL AND MEDICAL CENTER

NOW COME the Plaintiffs, WILLIAM RIVERA and SUSY RIVERA, as parents and guardians of BILL RIVERA, a minor, by and through their attorneys, John J. Corbett & Associates, and complaining against the Defendant MERCY HOSPITAL and MEDICAL CENTER, states as follows:

1. At all times hereinafter mentioned, Defendant, Mercy Hospital and Medical Center, maintained and operated an institution for the care and treatment of persons in and about the City of Chicago, Cook County, Illinois, 2525 S. Michigan Avenue and said

Mar 06 2007 4:25PM   Hlivio Medical Center   (773) 650-1239   p.6
Case: 1:07-cv-02298 Document #: 1-2 Filed: 04/25/07 Page 4 of 6 PageID #:4

02/28/2007  04:32   7086817655                DR CINTRON                         PAGE 06/07

Defendant, did then and there employ physicians and other professional persons in the operation of said hospital.

2. That said hospital held itself out and represented itself to be skillful and careful in rendering medical, radiology, gynecologic and obstetrics care and treatment, and further, held out and represented that its agents and servant, including doctors and nurses, were specially trained, skilled and qualified to render medical, radiology, gynecologic and obstetric care and treatment.

3. That on November 12, 1998, the Plaintiff, Susy Rivera consulted and employed the Defendant, Mercy Hospital and Medical Center for compensation, paid and to be paid therefore, to provide prenatal and perinatal care and treatment during her pregnancy and at the birth of her child Bill Rivera.

4. Defendant, accepted such employment, and pursuant thereto, undertook and entered upon the treatment of the Plaintiffs.

5. That such treatment of the Plaintiff, Susy Rivera, and the Plaintiff's infant, Bill Rivera, included all diagnostic and medical prenatal and perinatal care.

6. That Defendants, Mercy Hospital and Medical Center, acting by and through its agents, servants or employees, was then and there charged with the duty to exercise due care and skill according to the common and good practice of competent and skilled hospitals, and the Defendant, Mercy Hospital and Medical Center acting by and through its agents, servants, or employees, was then and there guilty of one or more of the following acts or omissions in its treatment of the Plaintiffs:

   a. Carelessly and negligently failed to provide skilled and careful medical and nursing staff, resulting in inadequate monitoring of the Plaintiff.
   b. Failed to administer proper neurological testing to determine condition of the newborn Bill Rivera;
   c. Carelessly and negligently monitored the infant of Plaintiff resulting in the Plaintiff's infant suffering brain dysfunctions;

Mar 06 2007 4:25PM Hlivio Medical Center (773) 650-1239 P.7
Received Fax Case: 1:07-cv-02298 Document #: 1-2 Filed: 04/25/07 Page 5 of 6 PageID #:5

02/28/2007 04:32 7085817655 DR CINTRON PAGE 07/07

    d. Was otherwise careless and negligent in providing postnatal care to the Plaintiff, Bill Rivera, a minor.

7. As a direct and proximate result of the aforesaid negligent and unskillful acts and omissions by the Defendant, the Plaintiff Bill Rivera, a minor, has incurred and will in the future incur damages of a personal, permanent and pecuniary nature.

WHEREFORE the Plaintiffs, WILLIAM RIVERA, and SUSY RIVERA, as parents and guardians of BILL RIVERA, a minor, by and through their attorneys, John J. Corbett & Associates, demand judgment against the Defendant MERCY HOSPITAL and MEDICAL CENTER in excess of the minimal jurisdictional amount of the Law Division, together with costs in bringing this action.

Respectfully submitted,

Attorney for Plaintiffs John J. Corbett

Atty. No.: 10930
John J. Corbett & Associates
20 N. Clark Street
Suite 3100
Chicago, Illinois 60602
(312) 236-4146
(312) 236-5913

## CERTIFICATION

Pursuant to the provisions of 42 U.S.C. § 233, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *William Rivera, individually, and as parent and guardian of Bill Rivera, a minor, v. Gloria Valiente, M.D., and Mercy Hospital and Medical Center*, No. 06 L 11877 (Circuit Court of Cook County, Illinois) and all attachments thereto. On the basis of the information now available, I find that at the relevant times, Alivio Medical Center was a private entity receiving grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Further, I certify that defendant Gloria Valiente, M.D., was acting within the scope of her employment with Alivio Medical Center with respect to the incidents referred to in the complaint. Accordingly, for purposes of this case, Gloria Valiente, M.D., is deemed to be an employee of the United States pursuant to 42 U.S.C. § 233 for Federal Tort Claims Act purposes only.

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
   for the Northern District of Illinois

Date: April 25, 2007



GOVERNMENT EXHIBIT B